CLERK'S OFFICE U.S. DISTRICT. COURT
AT CHARLOTTESVILLE, VA
FILED

JUN 2 8 2024

LAURA A. AUSTIN, CLERK
BY:
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

United States of America ex. rel.
The Tarbell Group, LLC,

      Plaintiff

      v.

Simbeck, Inc.,

      Defendant.

Case No.   5:24-cv-00046

*Filed in camera and under seal pursuant to 31 U.S.C.§ 3730(b)(2)*

## COMPLAINT

### Nature of the Claim

1.　　Relator The Tarbell Group, LLC brings this action for itself and the United States under the False Claims Act, 31 U.S.C. §§ 3729 *et seq.* to recover funds illegally obtained by Defendant under federal COVID-19 relief laws.

### Jurisdiction and Venue

2.　　The Court has jurisdiction over, and is the appropriate venue for, this matter because it arises under a federal law, because the United States is a plaintiff, and because in this judicial district defendant can be found, resides, transacts business in, or committed an act proscribed by the False Claims Act. 28 U.S.C. §§ 1331, 1345; 31 U.S.C. § 3732(a).

### Parties

3.　　Relator The Tarbell Group, LLC is a limited liability company located in and organized under the laws of the Commonwealth of Virginia.

4.      Defendant Simbeck, Inc. ("Simbeck") is a corporation with its principal place of business at 2929 Valley Ave., Winchester, VA 22601-2631. On October 1, 2019, Simbeck filed a voluntary chapter 11 bankruptcy petition. The bankruptcy matter was closed on June 27, 2022.

## Background

5.      To provide economic relief and stimulate the economy during the COVID-19 pandemic, Congress in 2020 enacted the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. 116-136, amended by, *inter alia*, the Paycheck Protection Program Flexibility Act of 2020, Pub. L. 116-142 and the American Rescue Plan Act of 2021, Pub. L. 117-2 (2021) (together with implementing regulations, referred to herein as the "PPP Program"). The PPP Program effectively transferred money from the federal government to eligible recipients via the United States Small Business Administration ("SBA"). The transfers took the form of private loans guaranteed, forgiven, and reimbursed by SBA ("PPP Loans"). PPP Loan recipients could receive up to two loans, one in each of two tranches, each called a "draw," *i.e.*, first-draw and second-draw PPP Loans. A recipient could receive a second-draw loan only after having obtained a first-draw loan.

6.      As a condition of receiving PPP Loans and forgiveness thereof, each applicant was required to certify its eligibility under the PPP Program.

7.      The PPP Program at all times required each PPP Loan applicant to certify, as a condition for receiving the loan, that it was not "presently involved in any bankruptcy."

## PPP Loans

8.      Defendant Simbeck applied and received approval for a first-draw PPP Loan on May 3, 2020 (loan number 1043677404), in the amount of $716,777.00, and received said PPP Loan. At the time, Simbeck was involved in bankruptcy proceedings and therefore ineligible to receive the loan. SBA has charged off Simbeck's first-draw loan.

9. Defendant Simbeck applied and received approval for a second-draw PPP Loan on March 16, 2021 (loan number 2907178602), in the amount of $871,338.80, and received said PPP Loan. At the time, Simbeck was involved in bankruptcy proceedings and therefore ineligible to receive the loan. SBA has charged off Simbeck's second-draw loan.

**Cause of Action**
**False Claims Act, 31 U.S.C. § 3729**

10. Relator repeats and realleges each of the foregoing paragraphs.

11. Simbeck was ineligible to receive its first- and second-draw PPP Loans due to its involvement in pending bankruptcy proceedings.

12. Simbeck and its officers, employees, or agents did knowingly present, or cause to be presented, a false or fraudulent claim for payment or approval, to the injury of the United States, by falsely certifying that Simbeck was "not presently involved in any bankruptcy" and that it was eligible for PPP Loans.

13. Simbeck and its officers, employees, or agents did knowingly make, use, or cause to be made or use, a false record or statement material to a false or fraudulent claim, to the injury of the United States, by falsely certifying that Simbeck was "not presently involved in any bankruptcy" and that it was eligible for PPP Loans.

14. Simbeck and its officers, employees, or agents did knowingly make, use, or cause to be made or used, a false record or statement material to, or did knowingly conceal, or did knowingly and improperly avoid or decrease, an obligation to pay or transmit money or property to the United States government, by falsely certifying that it was "not presently involved in any bankruptcy" and that it was eligible for PPP Loans.

## Prayer for Relief

15.    WHEREFORE, Relator respectfully prays for a judgment awarding the following relief against defendant:

a.  A declaration that Simbeck and its officers, employees or agents did violate the False Claims Act;

b.  An amount thrice the amount of PPP Loans forgiven with respect to Simbeck, plus civil penalties and applicable interest, under 31 U.S.C. § 3729(a)(1);

c.  The cost of this civil action under 31 U.S.C. § 3729(a)(3);

d.  An award to Relator, including its reasonable expenses, attorneys' fees and costs, under 31 U.S.C. § 3730(d)(1) or (2), as applicable; and

e.  Such other relief as may be just and proper.

## Demand for Jury Trial

16. Relator demands a jury trial.

Respectfully submitted,

*Bruce Ellis Fein*

**Law Office of Bruce Ellis Fein, PLLC**
Bruce Ellis Fein, Esq.
Virginia State Bar No. 44049
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390
*Attorney for Relator*