**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| United States of America ex rel.<br>The Tarbell Group, LLC,<br><br>Plaintiff<br><br>v.<br><br>Simbeck, Inc.,<br>Michael J. Darnell, Jr., and<br>Barbara K. Darnell,<br><br>Defendants | Case no. 5:24-cv-46-EKD-JCH |

**NOTICE IN RESPONSE TO COURT ORDER DATED AUGUST 20, 2025**

Relator The Tarbell Group, LLC provides the Court with the following information in accordance with the Court's order dated August 20, 2025.

Relator is proceeding with the case. On August 29, 2025, Relator filed a first amended complaint. The amendment was as of right. Fed. R. Civ. P. 15(a)(1). Relator will initiate service of the complaint and summons in the near future.

Respectfully submitted,

/s/

Bruce Ellis Fein
Virginia State Bar No. 44049
Bruce Ellis Fein, PLLC
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390
*Attorney for Relator*