# AFFIDAVIT OF PROCESS SERVER

**United States District Court for the Western District of Virginia**

**United States of America ex rel. The Tarbell Group, LLC,**

Plaintiff(s),

vs.

**Simbeck, Inc., et al.**

Defendant(s).

Attorney: Bruce Ellis Fein

Bruce Ellis Fein PLLC
P.O. Box 506
Great Falls VA 22066

*347185*

**Case Number: 5:24-cv-00046-EKD-JCH**

Legal documents received on **11/24/2025** at **10:59 AM** to be served upon **Barbara K. Darnell at 154 Beaver Trail, Winchester, VA 22602**

I, **John Masin**, swear and affirm that on **November 26, 2025** at **10:13 AM**, I did the following:

**Personally** Served **Barbara K. Darnell** the person listed as the intended recipient of the legal document with this **Summons in a Civil Action; Complaint** at **154 Beaver Trail, Winchester, VA 22602**.

**Description of Person Accepting Service:**
Sex: Female Age: 40-50 Height: 5ft4in-5ft8in Weight: Over 200 lbs Skin Color: Caucasian Hair Color: Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: December 4, 2025

**John Masin**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job ID:347185